S07Y1121. IN THE MATTER OF ANDREW WOLF.
(652 SE2d 546)

PER CURIAM.

This disciplinary matter is before the Court pursuant to Respondent Andrew Wolf's petition for voluntary surrender of license in which Wolf admits that on February 2, 2007 he entered a guilty plea in the United States District Court for the Northern District of Georgia to violating 18 USC § 371, a felony violation of the United States Code, and that by virtue of this conviction he has violated Rule 8.4 (a) (2) of Bar Rule 4-102 (d), the maximum penalty for which is disbarment. Wolf requests that he be allowed to voluntarily surrender his license to practice law and asserts that he understands that a voluntary surrender is tantamount to disbarment. The State Bar responded to Wolf's petition urging the Court to accept it.

We have reviewed the record and agree to accept Wolf's petition for the voluntary surrender of his license. Accordingly, the name of Andrew Wolf is hereby removed from the rolls of persons entitled to

practice law in the State of Georgia. Wolf is reminded of his duties under Bar Rule 4-219 (c).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED OCTOBER 29, 2007.

*William P. Smith III, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar,* for State Bar of Georgia.

*Voluntary surrender of license accepted. All the Justices concur.*

